Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
Mark Ackley
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
BALDEMAR ARTEAGA, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE B. LYNN WINMILL)

| UNITED STATES OF AMERICA, | ) | CR11-258-S-BLW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | AFFIDAVIT IN SUPPORT OF |
| | ) | MOTION FOR EMERGENCY |
| vs. | ) | FURLOUGH |
| | ) | |
| BALDEMAR ARTEAGA, JR. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Mark Ackley, being first duly sworn upon oath, deposes and says:

1. I am an attorney with the Federal Defender Services of Idaho. I have been appointed to represent Mr. Arteaga in these proceedings.

2. Mr. Arteaga is currently being held at the Ada County Jail pending further proceedings.

3. Mr. Arteaga's father passed away on Saturday, September 14, 2019.

4. Maria Pena is Mr. Arteaga's sister. She is a citizen of the United States and has arranged for the family to gather at 6:00 p.m. on Wednesday, September 18, 2019 for a rosary service for Baldemar Arteaga, Sr. at St. Nicolas Catholic Church in Rupert, Idaho. The funeral will take place on Thursday, September 19, 2019, followed by the burial immediately after. Mr. Arteaga requests the Court's permission to attend the rosary service and burial for his father. Should this motion be granted, it is contemplated that Mr. Arteaga will be picked up at the Ada County Jail by Maria Pena, at 3:00 p.m. on September 18, 2019 and he will be returned the following day on September 19, 2019 by no later than 5:00 p.m. by Maria Pena.

4. Beyond transporting Mr. Arteaga to and from the Ada County Jail, Maria Pena has agreed to be responsible for him for the 27 hours, including acting as a third party custodian and housing him overnight in the house that she shares with her mother located at 609 S. Third Street, Rupert, Idaho. Because Mr. Arteaga is not requesting the services of the U.S. Marshals, there are no funding issues with this request.

5. In connection with this request, I have contacted Assistant United States Attorney, Christian Nafzger, and the government opposes this request.

Affidavit in Support of Motion for     -2-
Emergency Furlough

6. Mr. Arteaga respectfully requests the Court to authorize an emergency furlough and his release from the Ada County Jail starting Wednesday, September 18, 2019 at 3:00 p.m. and continuing with his return on Thursday, September 19, 2019 at 5:00 p.m.

Dated: September 17, 2019

Respectfully submitted,
SAMUEL RICHARD RUBIN
FEDERAL PUBLIC DEFENDER
By:

/s/ Mark Ackley
Mark Ackley
Assistant Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
BALDEMAR ARTEAGA, JR.